# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-16198-MDC

DENISE TERRY

1999 ELSTON STREET

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DENISE TERRY

    1999 ELSTON STREET

    PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN, ESQ.
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

/S/ Kenneth E. West

Date: 12/22/2021

                                      Kenneth E. West, Esquire
                                      Chapter 13 Standing Trustee