United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Denise Terry  
    Debtor

Case No. 17-16198-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 27, 2022      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Terry, 1999 Elston Street, Philadelphia, PA 19138-2720 |
| aty | + | MARIA TSAGARIS, McCalla Raymer LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 13982276 | + | Accconfin, 70 W Oakland Ave, Doylestown, PA 18901-4214 |
| 13982281 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 14553544 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13982282 | + | Freedom Mortgage Corp, Attn: Bankruptcy, PO Box 489, Mt Laurel, NJ 08054-0489 |
| 14291289 | + | Freedom Mortgage Corporation, c/o Maria Tsagaris, Esq., 1544 Old Alabama Road, Roswell GA 30076-2102 |
| 14006443 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14415256 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13982283 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13982285 | + | LOUIS VITTI, ESQUIRE, 916 FIFTH AVENUE, PITTSBURGH, PA 15219-4764 |
| 13982287 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |
| 13982289 | + | Waypoint Resource Grou, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14062006 | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13982277 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:47:33 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 13982278 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 27 2022 23:45:00 | Convergent Outsoucing, Inc, PO Box 9004, Renton, WA 98057-9004 |
| 13982280 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 27 2022 23:44:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 14039962 | | Email/Text: G06041@att.com | Jan 27 2022 23:45:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13982284 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 27 2022 23:44:00 | Lendmark Financial Ser, 2118 Usher St Nw, |

Case 17-16198-mdc   Doc 87   Filed 01/29/22   Entered 01/30/22 00:28:22   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Covington, GA 30014 |
| 14001331 | | Email/PDF: cbp@onemainfinancial.com | Jan 27 2022 23:47:39 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 13982286 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2022 23:47:44 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14013008 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:47:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13987809 | | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 23:47:39 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13993483 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 27 2022 23:44:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14016450 | | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 23:47:34 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13982288 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2022 23:44:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 13982279 | *+ | Denise Terry, 1999 Elston Street, Philadelphia, PA 19138-2720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022                    Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Debtor Denise Terry aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| Lois M. Vitti | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 29

| | |
|---|---|
| | on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com nicole@vittilaw.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
DENISE TERRY

Chapter 13

Debtor

Bankruptcy No. 17-16198-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

January 27, 2022

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
JOHN L. MCCLAIN, ESQ.  
JOHN L MCCLAIN AND ASSOCIATES  
PO BOX 123  
NARBERTH, PA 19072-

Debtor:  
DENISE TERRY

1999 ELSTON STREET

PHILADELPHIA, PA 19138